UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CORY BRITTON CATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 1:18cv144 SNLJ |
| ) | |
| CARL MASHBURN, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM and ORDER**

This matter is before the Court on Missouri Employers Mutual ("MEM")'s motion for leave to intervene as a plaintiff in this action. (#18.) Plaintiffs Cory and Ginny Cates brought this action for damages as a result of a vehicle collision. The collision occurred while plaintiff was driving in the course of his employment, and MEM alleges it paid plaintiff workers' compensation benefits as a result. MEM therefore pleads that it has a right of subrogation against Cory Cates for any money he recovers from this lawsuit up to the total of MEM's subrogation interest. MEM states that it has no subrogation interest in any amounts paid to Ginny Cates for her claims regarding loss of consortium.

There being no objection thereto, MEM's motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Missouri Employers Mutual's motion to intervene as a plaintiff is GRANTED.

Dated this  12th  day of July, 2019.

UNITED STATES DISTRICT JUDGE